## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| **KERWINN CROSS**, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 15 C 4802 |
| | ) |
| **ANITA ALVAREZ**, et al., | ) |
| | ) |
| Defendants. | ) |

### MEMORANDUM ORDER

This Court's regular daily review of all ECF filings in cases that have been assigned to its calendar at any time has just disclosed a letter from pro se prisoner plaintiff Kerwinn Cross ("Cross") that, although dated February 24, was not received in the Clerk's Office until March 2. That letter refers to a brief memorandum order that this Court issued on February 18 that struck from the case file a claimed "Addendum" for this reason:

> Because this action has long since been dismissed with prejudice, no further order of termination is needed at this time.

To begin with, nothing in that brief memorandum order justifies Cross' statement in his current letter that "[i]n the memo the Court reprimanded me as being irresponsible and inattentive" by his submission of the proposed "Addendum" -- in that respect Cross should understand that the judicial role ends with the issuance of an order such as this Court's June 4, 2015 memorandum opinion and order that dismissed both the Complaint and this action with prejudice. It is then the responsibility of the Clerk's Office staff people to cause notice of such orders to be transmitted to the litigants.

Thus if it were true (as Cross claims) that he had no knowledge of the dismissal, this Court would be entirely unaware of that. In short, any claim of a reprimand or of having characterized Cross as "irresponsible and inattentive" is totally unjustified.

But as to the substantive assertion of his claimed nonreceipt of that dismissal that Cross has raised, that certainly poses an issue of concern to this Court. It has therefore obtained a copy of the Clerk's Office's internal record on that subject, and it attaches a copy of that two-page document to this memorandum. That document reflects specifically that in addition to the electronic mailing of notice of the dismissal to the District Court's staff attorneys assigned to prisoner litigation, a notice was delivered to Cross at the Cook County Jail. This Court has no means to check that representation or to conduct any further inquiry into the subject.

_____
Milton I. Shadur
Senior United States District Judge

Date: March 4, 2016

```
MIME-Version:1.0
From:usdc_ecf_ilnd@ilnd.uscourts.gov
To:ecfmail_ilnd@ilnddb.ilnd.circ7.dcn
Bcc:
--Case Participants: Prisoner Correspondence 6 - Internal Use Only
(ilnd_pc6@ilnd.uscourts.gov), Honorable Milton I. Shadur
(e-filing_shadur@ilnd.uscourts.gov, milton_shadur@ilnd.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:<14568318@ilnd.uscourts.gov>
Subject:Activity in Case 1:15-cv-04802 Cross v. Alvarez et al memorandum opinion and
order
```
Content-Type: text/html

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** There is no charge for viewing opinions.

## United States District Court

### Northern District of Illinois - CM/ECF LIVE, Ver 6,1

### Notice of Electronic Filing

The following transaction was entered on 6/8/2015 at 9:38 AM CDT and filed on 6/4/2015
**Case Name:**     Cross v. Alvarez et al
**Case Number:**   1:15-cv-04802
**Filer:**
**WARNING: CASE CLOSED on 06/04/2015**
**Document Number:** 6

**Docket Text:**
**MEMORANDUM** Opinion and Order signed by the Honorable Milton I. Shadur on 6/4/2015. (jh, )

**1:15-cv-04802 Notice has been electronically mailed to:**

Prisoner Correspondence 6 - Internal Use Only    ilnd_PC6@ilnd.uscourts.gov

**1:15-cv-04802 Notice has been delivered by other means to:**

Kerwinn Cross
#2013-0705118
Cook County Jail
P.O. Box 089002
Chicago, IL 60608

ATTACHMENT

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1040059490 [Date=6/8/2015] [FileNumber=14568316-0
] [6b57f942acb0bb87fd46cb533130207966878f3840f0eb8304fc97af05a605479b9
92aa773f5dd7eb194001e95a50865bb8508eb9dcbc28e28bda5f7992235b8]]